UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. SHORTRIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAPTASOFT, INC.,<br><br>　　　　Defendant. | Case No.   14-cv-04739-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Joseph C. Spero for consideration of whether the case is related to *Shortridge v Automatic Data Processing, Inc.*, 14-4413 JCS.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge