# [~~PROPOSED~~] AMENDED CASE SCHEDULE

*Shortridge v. Automatic Data Processing, Inc. et al.*, No. 3:14-cv-04413-JCS and
*Shortridge v. Foundation Construction Payroll Service, LLC et al.*, No. 3:14-cv-04850-JCS

| Event | ~~Previous~~ Current Deadline[1] | ~~Defendants' Proposed~~ Deadline |
|---|---|---|
| Shortridge to file opposition to *Alice* motions | February 25, 2015 (Foundation)[2]<br><br>February 27, 2015 (ADP)[3] | March 6, 2015 |
| Defendants to file reply to *Alice* motions | March 4, 2015 (Foundation)[4]<br><br>March 6, 2015 (ADP)[5] | March 13, 2015 |
| Further Case Management Conference | March 20, 2015 (2:00 PM) | Vacated |
| Hearing on the *Alice* motions | March 27, 2015 (9:30 AM) (Foundation)[6]<br><br>April 3, 2015 (ADP)[7] | April 3, 2015 9:30 AM |
| Last Day to Amend Pleadings or Join Parties without leave of Court | March 30, 2015 | Same |
| **Defendants** to serve Patent L.R. 3-3 Invalidity Contentions | March 30, 2015 | June 5, 2015, or no less than 30 days after Court's decision on *Alice* motions |
| **Defendants** to serve Patent L.R. 3-4 Document Production Accompanying Invalidity Contentions | March 30, 2015 | June 5, 2015, or no less than 30 days after Court's decision on *Alice* motions |

---

[1] All deadlines based on Amended Case Management and Pretrial Order (Patent), *ADP* Dkt. No. 47, *Foundation* Dkt. No. 56, except where noted.
[2] Order Granting Motion to Extend Time to File Opposition Brief, *Foundation* Dkt. No. 53.
[3] Civil L.R. 7-3(a).
[4] Order Granting Motion to Extend Time to File Opposition Brief, *Foundation* Dkt. No. 53.
[5] Civil L.R. 7-3(c).
[6] Order Granting Motion to Extend Time to File Opposition Brief, *Foundation* Dkt. No. 53.
[7] Civil L.R. 7-2(a).

| Event | Previous ~~Current~~ Deadline[1] | ~~Defendants' Proposed~~ Deadline |
|---|---|---|
| **Shortridge and Defendants** to exchange Patent L.R. 4-1(a) Proposed Terms and Claim Elements for Construction | April 13, 2015 | June 19, 2015, or no less than 45 days after Court's decision on *Alice* motions |
| **Shortridge and Defendants** to exchange Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence | May 4, 2015 | June 29, 2015, or no less than 55 days after Court's decision on *Alice* motions |
| **Shortridge and Defendants** to file a Patent L.R. 4-3 Joint Claim Construction and Pre-hearing Statement | May 29, 2015 | July 15, 2015, or no less than 75 days after Court's decision on *Alice* motions |
| **Shortridge and Defendants** to exchange Expert Declarations that Comply with Federal Rule of Civil Procedure 26 (a)(2) from Experts Who Will Submit Expert Testimony on Claim Construction | June 3, 2015 | July 24, 2015, or no less than 85 days after Court's decision on *Alice* motions |
| **Shortridge and Defendants** deadline for Claim Construction discovery | June 29, 2015 | August 7, 2015, or no less than 95 days after Court's decision on *Alice* motions |
| **Shortridge** to file Patent L.R. 4-5(a) Opening Claim Construction Brief | July 10, 2015 | August 21, 2015, or no less than 110 days after Court's decision on *Alice* motions |
| **Defendants** to file a Responsive Claim Construction Brief | July 24, 2015 | September 4, 2015, or no less than 125 days after Court's decision on *Alice* motions |
| **Shortridge** to file a Reply Claim Construction Brief | July 31, 2015 | September 11, 2015, or no less than 135 days after Court's decision on *Alice* motions |
| **Claim Construction Hearing** before Magistrate Judge Spero | August 28, 2015 (11 AM) | ~~At the Court's convenience~~ October 9, 2015 9:30 AM |

Dated: February 27, 2015



IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

2