UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MAURICE SHORTRIDGE,<br><br>  Plaintiff,<br><br>  v.<br><br>AUTOMATIC DATA PROCESSING, INC., et al.,<br><br>  Defendants. | Case No. 14-cv-04413-JCS<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 48 |

In light of the settlement of this case, Defendants' Motion for Judgment on the Pleadings is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge