**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS M. SHORTRIDGE, *pro se*<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADP, LLC; ADP, INC.;<br>AUTOMATIC DATA PROCESSING, INC.<br>and<br>INTEGRATED DESIGN, INC.,<br><br>　　　　Defendants. | Case No. 3:14-cv-04413-JCS<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

# [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that all claims in the action styled *Shortridge v. Automatic Data Processing, Inc. et al.*, Case No. 3:14-cv-04413-JCS (N.D. Cal.) are dismissed with prejudice, subject to the terms of the Parties' agreement dated March 26, 2015, and that the United States District Court for the Northern District of California shall have continuing, exclusive jurisdiction for purposes of enforcing or otherwise adjudicating any claim arising out of the Agreement pursuant to which this action is being dismissed.

It is further ORDERED that each party shall bear its own costs, fees and expenses in connection with this action.

DATED this __8th__ day of __April__, 2015.

_____
Honorable Joseph C. Spero
Chief United States Magistrate Judge